(July 30, 1976)

BETTY O. MUKA, Petitioner, v PAUL J. YESAWICH, JR., as a Justice of the Supreme Court, Broome County, Respondent.—Motion to dismiss petition granted, without costs. A proceeding in the nature of mandamus may not be used to challenge a determination which may be reviewed by appeal.

Nor may such proceeding be used to challenge a determination made in a civil action (CPLR 7801; *Matter of Jemzura v Lee,* 38 AD2d 865). Motion for preliminary injunction denied as academic. Koreman, P. J., Greenblott, Sweeney, Kane and Mahoney, JJ., concur.